USDC SCAN INDEX SHEET

















KSR    8/11/06    10:40

3:06-CV-01597   TRUNK V. CITY OF SAN DIEGO

*1*

*CMP.*

JAMES E. McELROY, State Bar No. 079313
LAW OFFICES OF JAMES E. McELROY
625 Broadway, Suite 1400
San Diego, CA  92101

(619) 232-6686

Attorneys for Plaintiffs

FILED

2006 AUG -9  PM 4: 57

CLERK U S DC.
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

STEVE TRUNK and PHILIP K. PAULSON

      Plaintiffs,

vs.

CITY OF SAN DIEGO, UNITED STATES OF AMERICA and DOES 1 through 100, Inclusive

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.

**'06 CV 1597 BTM     WMc**

**COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL**

**I.**

## STATEMENT OF JURISDICTION

1.    This action arises under the Establishment Clause of the First Amendment to the United States Constitution, the No Preference Clause of the California Constitution and the No Aid Clause of the California Constitution.  The Court has jurisdiction under 28 U.S.C. § 1331, § 1343  and 42 U.S.C. §1983.

2.    The Court may grant declaratory relief under 28 U.S.C. § 2201 and Fed. R. Civ. P. 57.  The Court may grant injunctive relief under Fed. R. Civ. P. 65.

//

//

//

- 1 -

## II.

### PARTIES AND VENUE

3.     Plaintiff STEVE TRUNK is a citizen and resident of the United States and resides and is domiciled in the City of San Diego, San Diego County, California. He served his country in the United States Navy from 1972-73 with most of that time in the Southeast Asia (Vietnam) theater. He is not a Christian.

4.     Plaintiff PHILIP K. PAULSON is a citizen and resident of the United States and resides and is domiciled in the City of San Diego, San Diego County, California .He served in Viet Nam between 1966 and 1968. As an infantryman he engaged in many firefights and fought in one of the bloodiest battles of the Vietnam conflict , the battle of Dak To in November of 1967. He personally witnessed U.S. soldiers die in battle who were close to him and whom he knew were not Christians. He is not a Christian.

5.     Defendant CITY OF SAN DIEGO is an incorporated municipality organized and existing under the laws of the State of California.  Acts and omissions of the CITY alleged herein include those of any agent, officer, or employee thereof.

6.     Defendant UNITED STATES OF AMERICA is, and at all times mentioned herein was, a governmental entity organized under Federal law with the capacity to sue and be sued.  Acts and omissions of the UNITED STATES alleged herein include those of any agent, officer, or employee thereof.

7.     All acts and omissions of Defendants set forth in the Complaint were undertaken under color of federal law.

8.     Both STEVE TRUNK and PHILIP PAULSON served  in Vietnam to protect the United States from our enemies and to protect our freedoms, including those freedoms guaranteed by the U.S. and California Constitutions. They served and defended America as Americans, not as Christians. As such they are offended by a "war memorial" that sends a message that only Christian war veterans are being honored or remembered. This makes them feel as if their government is treating them  like second class citizens because they are not Christians and is not respecting or honoring their service as Americans, equal to all

1  others who served.  Because of these feelings neither man feels comfortable going to Mt

2  Soledad in the presence of the cross. . Neither enjoys the publically owned park their tax

3  payer dollars support and neither enjoy the war memorial, which they would do but for the

4  fact that it sends a message to them that their government doesn't feel their service was

5  respected or worthy that of Christians that served.

6      9.      All acts and omissions at issue occurred in this judicial district.

7      10.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

8                                      **III.**

9                         **STATEMENT OF FACTS**

10     11.     Defendant CITY OF SAN DIEGO has fought to keep the Mt Soledad cross on

11  its property during the last 17 years of litigation using various schemes, despite the

12  admonition of several courts that government attempts to save the cross were

13  unconstitutional. Finally Defendant CITY OF SAN DIEGO agreed to enter into a settlement

14  calling for the movement of the cross to private property but when it came time to perform,

15  it refused to comply. Instead it began acting in concert in with the Defendant UNITED

16  STATES OF AMERICA  in attempts to save the cross by federalizing the cross and the land

17  under it in hopes that through a type of "forum shopping" they could stop 17 years of court

18  losses by invoking the U.S. Constitution instead of the California Constitution.

19     12.     Defendants first plan was to have the CITY give the land to the federal

20  government. When the State court invalidated that plan as unconstitutional, the defendants

21  attempt to have Defendant UNITED STATES OF AMERICA take the property, for the sole

22  purpose of keeping the cross on public land. Defendants then  expedited the taking in

23  response to an order by the federal trial court requiring that the cross be moved off of

24  public land. They invoked the seldom used method of a "legislative taking" in hopes of

25  avoiding the  lawful court order requiring  the removal of the cross.

26  //

27  //

28  //

# IV.

## CLAIMS

### First of Cause of Action

Violation of the Establishment Clause (U.S. Const., 1st Amend.) And The No Preference and No Aid Clauses of the California Constitution (Cal. Const. Article One and Article Sixteen.)

13.     Plaintiffs reallege and incorporate by reference paragraphs 1 through 12 inclusive of this complaint as though fully set forth herein.

14.     The acts of the Defendants violate the rights of Plaintiffs under the Establishment Clause of the U. S. Constitution and the No Aid and No Preference clauses of the California Constitutions, by attempting to keep a sectarian symbol on public property and by transferring the symbol and the land under it to the federal government. .

15.     Defendants know that the actions they are taking are unconstitutional because the courts have addressed that issue specifically as it relates to the presence of the Mt Soledad cross on public property but continue to violate the constitutional rights of Plaintiffs and all citizens with impunity.

14.     If the land and cross are federalized the Plaintiffs will suffer irreparable injury by the federal government maintaining a war memorial where they, as non Christians are treated as outsiders, not respected for the service they provided their country. They cannot comfortably enjoy the park or the memorial because they are not Christians. The cross as the centerpiece of the monument  communicates to them that  the federal government does not feel their service to the country was of equal value as that  service provided by Christians.

### Second Cause of Action

Injunctive and Declaratory Relief

15.     To avoid the risk of irreparable injury and maintain the status quo, a TRO, preliminary and permanent injunction are requested.

16.     An actual controversy has arisen between the parties.

- 4 -

1    17.    If the land is transferred to the federal government Plaintiffs will suffer

2    immediate and irreparable harm.

3    18.    Plaintiffs have no adequate remedy at law.

4    19.    Plaintiffs request a declaration from the court that the presence of the Mt.

5    Soledad  cross on federal land violates the Establishment clause.

6                                              **V.**

7                              **REQUEST FOR RELIEF**

8         WHEREFORE, Plaintiffs respectfully request the Court to enter judgement against

9    the CITY OF SAN DIEGO and the UNITED STATES OF AMERICA as follows:

10   a.     Declaring that the transfer of the land to the federal government violates

11          Plaintiffs' federal constitutional rights.

12   b.     Temporarily, preliminarily, and permanently enjoining the Defendants from

13          transferring the land to the federal government.

14   c.     For damages for emotional grief,

15   d.     For costs and attorneys' fees as authorized under 42 U.S.C. § 1988, Fed. R.

16          Civ. P. 54, and any other applicable law; and

17   e.     For such further relief as this Court deems just and equitable.

18                                             **VI.**

19                                **JURY DEMAND**

20        A jury trial is demanded for all issues so triable under Fed. R. Civ. P. 38.

21   Dated:  August 9, 2006                    LAW OFFICES OF JAMES E. McELROY

22

23

24

25   By: _____
            JAMES E. McELROY, ESQ.
26          Attorneys for Plaintiffs

27

28

                                          - 5 -

Summons in a Civil Action (Rev 11/97)

# United States District Court

2006 AUG 10 PH 1:37

## SOUTHERN DISTRICT OF CALIFORNIA

STEVE TRUNK and PHILIP K. PAULSON,

vs

CITY OF SAN DIEGO, UNITED STATES OF AMERICA and DOES 1 through 100, Inclusive

**SUMMONS IN A CIVIL ACTION**
Case No.  O6CV1597 BTM    WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JAMES E. McELROY, State Bar No. 079313, LAW OFFICES OF JAMES E. McELROY
625 Broadway, Suite 1400, San Diego, CA 92101
Phone: (619) 232-6686

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | AUG 1 0 2006 |
|---|---|
| CLERK | DATE |

By  L ODIRNO , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| STEVE TRUNK AND PHILIP K. PAULSON | CITY OF SAN DIEGO UNITED STATES OF AMERICA AND DOES 1 THROUGH 100, INCLUSIVE |

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** SAN DIEGO
PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
LAW OFFICES OF JAMES MCELROY
625 BROADWAY, SUITE 1400
SAN DIEGO, CA 92101
(619) 232-6686

ATTORNEYS (IF KNOWN)

'06CV 1597 BTN   WMc

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
(For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 USC 1983

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| | | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | |
| | ☐ 355 Motor Vehicle Product Liability | | ☐ 710Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | Security Act | | ☐ 950 Constitutionality of State |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):   JUDGE _____   Docket Number _____

DATE   8/9/06   SIGNATURE OF ATTORNEY OF RECORD

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

8/9/06   SD1 128058   $350