USDC SCAN INDEX SHEET










KSR    8/22/06    14:58
3:06-CV-01597    TRUNK V. CITY OF SAN DIEGO
*20*
*AMDM.*

PETER D. LEPISCOPO, ESQ. C.S.B. #139583
JAMES M. GRIFFITHS, ESQ. C.S.B. #228467
LAW OFFICES OF PETER D. LEPISCOPO
2635 Camino del Rio South, Suite 109
San Diego, California 92108
Telephone: (619) 299-5343
Facsimile: (619) 299-4767

Attorneys for Proposed Intervenor and Defendant, PACIFIC JUSTICE INSTITUTE

FILED
2006 AUG 21 PM 3: 36
CLERK US DIST...
SOUTHERN DISTRICT OF CALIFORNIA
BY_____

NUNC PRO TUNC

AUG 16 2006

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRUNK and PHILIP K. PAULSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, THE UNITED STATES OF AMERICA, et al.,<br><br>Defendants,<br><br>AND<br><br>PACIFIC JUSTICE INSTITUTE, Proposed Intervenor-Defendant. | Case No. 06-CV-1597 BTM (WMc)<br><br>*AMENDED* NOTICE OF MOTION (CORRECTED DATE AND TIME OF HEARING)<br><br>[FRCP 24]<br><br>DATE: September 21, 2006<br>TIME: 8:30 a.m.<br>COURTROOM: 15<br>JUDGE: HON. BARRY TED MOSKOWITZ<br>TRIAL DATE: none set |

TO: THE HONORABLE BARRY TED MOSKOWITZ, United States District Court Judge, and to all Parties and their Attorneys of Record:

**PLEASE TAKE NOTICE** that on **September 21, 2006**, at **8:30 a.m.** in **Courtroom #15** of the United States District Court, Southern District of California, 940 Front Street, San Diego,

---
*AMENDED* Notice of Motion (Corrected Date and Time of Hearing)

-1-

1 | California 92101, the applicant and proposed intervenor and defendant, Pacific Justice Institute,

2 | will move this Court for an order to intervene in the above-entitled case as per FRCP 24(a) and

3 | (b).

4 |     Said motion is based on this Notice of Motion and Motion, on the Points and Authorities

5 |

6 | and declarations filed in support of this motion, and all such other papers filed in support thereof,

7 | and such other further evidence that may be introduced at the Hearing of the Motion.

8 |     The grounds for this motion are as follows:

9 |     1. The movant is entitled to intervene as a matter of right [FRCP 24(a)]; or,

10 |     2. The movant may intervene at the discretion of the Court [FRCP 24(b)].

DATED: **August 17**, 2006.

LAW OFFICES OF PETER D. LEPISCOPO



By: _____
Peter D. Lepiscopo, Esq.,

Attorneys for Proposed Intervenor and Defendant, **PACIFIC JUSTICE INSTITUTE**

---

**AMENDED** Notice of Motion (Corrected Date and Time of Hearing)

-2-

1 | CASE NAME: *TRUNK v. CITY OF SAN DIEGO, et al.*   CASE NO.: <u>06-CV-1597-BTM</u>

**CERTIFICATE OF SERVICE BY U.S. MAIL**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

I am over the age of eighteen years, and not party to this action. My business address is **2635 Camino del Rio South, Suite 109, San Diego, California 92108**, which is located in the County where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 17, 2005**, at my place of business at San Diego, California, the following:

**AMENDED NOTICE OF MOTION (CORRECTED DATE AND TIME OF HEARING)**

was placed for deposit in the United States Postal service in a sealed envelope, with postage fully prepaid, addressed to:

**JAMES E. McELROY, ESQ.**               **Attorneys for Plaintiffs**
625 Broadway, Suite 1400
San Diego, California 92101

**CAROL C. LAM, U.S. Attorney**          **Attorneys for United States of America**
880 Front Street, Room 6293
San Diego, California 92101

**MICHAEL AGUIRRE, City Attorney**       **Attorneys for City of San Diego**
1200 Third Avenue, Suite 1620
San Diego, California 92101

and that envelope was placed for collection and mailing on that date following ordinary business practices.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this **17th** day of **August, 2006**.

                                                                     Peter D. Lepiscopo, Esq.

---

**AMENDED** Notice of Motion (Corrected Date and Time of Hearing)

-3-