ORIGINAL

MICHAEL J. AGUIRRE, City Attorney
DAVID J. KARLIN, Deputy City Attorney
California State Bar No. 156178
GEORGE F. SCHAEFER, Deputy City Attorney
California State Bar No. 139399
Office of the City Attorney
Civil Division
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendant
City of San Diego

FILED
06 SEP -1 AM 10:51
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDC    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRUNK and PHILIP K. PAULSON, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO, UNITED STATES OF AMERICA and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 06CV1597 BTM (WMc) <br><br> STIPULATION FOR EXTENSION OF TIME FOR THE CITY OF SAN DIEGO TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT <br><br> Judge: Barry Ted Moskowitz <br> Courtroom No. 15 <br> Magistrate Judge: William McCurine, Jr. |

The City of San Diego and Plaintiffs Steve Trunk and Philip K. Paulson, by and through the undersigned counsel of record, stipulate that the City shall have an additional ten days to file a responsive pleading to the Plaintiff's Complaint in this case. The following grounds support this stipulation:

1.  The Plaintiffs served the Summons and Complaint in this case on the City on August 10, 2006. Accordingly, the City's current deadline to file a responsive pleading to the Complaint is August 29, 2006.

2.  The Plaintiffs intend to file an amended Complaint in this case and the parties are in agreement that the City's responsive pleading will then be due ten days thereafter (or thirteen days if the amended Complaint is served by mail).

3.  Because of the unique issues raised in this case, the City needs an additional ten days to file a responsive pleading to the anticipated amended Complaint.

1

4. Assistant United States Attorney Kevin S. Webb, on behalf of the United States of America, does not oppose this stipulation.

Dated: August 29, 2006

LAW OFFICES OF JAMES E. MCELROY

By _____
JAMES E. MCELROY, ESQ.

Attorneys for Plaintiffs
Steve Trunk and Philip Paulson

Dated: August 29, 2006

MICHAEL J. AGUIRRE, City Attorney

By _____
George F. Schaefer
Deputy City Attorney

Attorneys for Defendant
City of San Diego

8-31-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN TRUNK, et al., ) | Case No. 06CV 1597-BTM(WMc) |
| Plaintiffs, ) | |
| v.  ) | **DECLARATION OF SERVICE** |
| CITY OF SAN DIEGO, et al., ) | |
| Defendants. ) | |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that on **August 29, 2006**, I served the above-named person the following documents: **STIPULATION FOR EXTENSION OF TIME FOR THE CITY OF SAN DIEGO TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT,** in the following manner: (check one)

1) __ By personally delivering copies to the person served.

2)     By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) __ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) X   By placing a copy in a separate envelope, for each address named below for collection and mailing with the United States Postal Service at San Diego California, on this same day, following ordinary business practices.

5) X   **BY FACSIMILE TRANSMISSION (C.C.P. § 1013(e)(f)).** On August 29, 2006, I transmitted a copy of the above document(s): upon: James McElroy, by facsimile machine pursuant to California Rules of Court, Rule 2008. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

*(In addition to service by Facsimile, as set forth above, the counsel or interested party authorized to accept service was also forwarded a copy of said document(s) by mail.)*

1
PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| James E. McElroy, Esq.<br>Law Offices of James E. McElroy<br>625 Broadway, Suite 1400<br>San Diego,. CA 92101<br>Telephone: (619) 232-6686<br>Facsimile: (619)<br><br>Attorneys for Plaintiffs<br>Steve Trunk, et al. | Peter D. Lepiscopo, Esq.<br>James M. Griffiths, Esq.<br>Law Offices of Peter D. Lepiscopo<br>2635 Camino del Rio South, Suite 109<br>San Diego, CA 92109<br>Telephone: (619) 299-5343<br>Facsimile: (619) 299-4767<br><br>Attorneys for Intervenor & Defendant<br>Pacific Justice Institute |

Kevin S. Webb
Trial Attorney
U.S. Department of Justice
Environmental & Natural Resources Division
601 D Street, N.W.
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0479
Facsimile: (202) 353-2021
Blackberry: (202) 532-3203

Attorneys for Defendant
United States of America

Executed this 29th day of August, 2006, at San Diego, California.

*Virginia T. Camba* (signature)
Virginia T. Camba