1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   STEVE TRUNK, et al.,,                             CASE NO. 06cv1597-BTM (WMc)

12                                   Plaintiff,        ORDER
          vs.
13   CITY OF SAN DIEGO, et al.,,

14                                   Defendant.

15

16         On April 3, 2007, a telephonic status regarding discovery was held in the above captioned

17   case.  Participating were James McElroy, Esq. (counsel for plaintiff Trunk), Matt Jones, Esq.

18   (counsel for plaintiff Jewish War Veterans), Ryan Phair, Esq. (counsel for plaintiff Jewish War

19   Veterans), Lane Dilg, Esq. (counsel for plaintiff Jewish War Veterans) and Kevin Webb, Esq.

20   (counsel for defendant).  After hearing from counsel of record, the Court issues the following

21   Order:

22         -The caption of the interrogatory at issue shall be amended to read "Defendant United

23   States." The amendment shall be effective *nunc pro tunc* to the original date of service.  The same

24   amendment shall be made where appropriate throughout the interrogatory, e.g. page 1, line 28.

25         IT IS SO ORDERED.

26   DATED:  April 4, 2007

27                                          _____
                                            Hon. William McCurine, Jr.
28                                          U.S. Magistrate Judge
                                            United States District Court

                                   - 1 -                           06cv1597-BTM (WMc)

1    cc: Honorable Barry T. Moskowitz
           U.S. District Judge

2

   All Counsel and Parties of Record

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                06cv1597-BTM (WMc)