UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRUNK and PHILIP K. PAULSON,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, UNITED STATES OF AMERICA, DONALD H. RUMSFELD, Secretary of Defense and DOES 1 through 100, Inclusive<br><br>  Defendants.<br><br>MOUNT SOLEDAD MEMORIAL ASSOCIATION, Real Parties in interest.<br><br>JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br><br>  Plaintiffs<br><br>v.<br><br>DONALD H. RUMSFELD, Secretary of Defense, in his official capacity,<br><br>  Defendant. | Case No. 06 CV 1597 J (WMc)<br><br>**ORDER** |

///

///

06cv1597 J (WMc)

1   The Court held a telephonic discovery conference on May 22, 2007. Appearing for Plaintiff
2 Trunk was James McElroy. Appearing for the JWV Plaintiffs were Jonathan Siegelbaum, Lane Dilg
3 and David Blair-Loy. Appearing for Defendant, the United States, were Heidi Herrmann and Ryan
4 Nelson. Appearing for Defendant, the City of San Diego, was George Schaefer.
5   After hearing from counsel of record, the Court issues the following orders:
6   1.) Subject to the standard rules of evidence, discovery propounded in *Paulson v. City of San
7 Diego, et al.* may be used as though propounded in *Jewish War Veterans of the United States of
8 America v. Rumsfeld* and vice versa.
9   2.) Any party withholding documents based on a claim of privilege shall prepare a privilege
10 log. For further requirements concerning the format of an acceptable privilege log, the parties shall
11 contact Judge McCurine's law clerk at (619) 557-6624.
12   The Court will hold a further *telephonic* Discovery Conference on **June 6, 2007 at 9:15 a.m.**
13 Attorney Heidi Herrmann is ordered to contact all opposing counsel and initiate a joint call to the
14 Court at (619) 557-6624.
15   **IT IS SO ORDERED.**
16 DATED: May 22, 2007

*/s/ W McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:
HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD