1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

9

10 STEVE TRUNK and PHILIP K. PAULSON,                    ) Case No. 06-CV-1597 LAB (WMc)
                                                        ) (consolidated with 06cv1728)
11                        Plaintiffs,                    )
                                                        )
12              v.                                       ) **REVISED SCHEDULING**
                                                        ) **ORDER**
13 CITY OF SAN DIEGO, THE UNITED STATES OF              )
14 AMERICA, et al.,                                      )
                                                        )
15                       Defendants,                     )
                                                        )
16 MOUNT SOLEDAD MEMORIAL ASSOCIATION,                  )
17 Real parties in interest.                             )
                                                        )
18 _____            )
                                                        )
   JEWISH WAR VETERANS OF THE UNITED                    )
19 STATES OF AMERICA, INC., RICHARD A. SMITH,           )
   MINA SAGHEB, and JUDITH M. COPELAND,                 )
20                       Plaintiffs,                     )
                                                        )
21              v.                                       )
                                                        )
22 ROBERT M. GATES, Secretary of Defense, in his        )
   official capacity,                                    )
23                                                       )
                                                        )
24                       Defendant.                      )
                                                        )
25 _____            )

26          On July 27, 2007, the parties jointly moved to revise the scheduling order.  For

27 good cause shown, the Court hereby sets the following schedule:

28

| Date | Event |
|------|-------|
| July 23, 2007 | Discovery period ends. |
| August 30, 2007 | Joint statement of agreed facts and disputed facts to be filed. |
| September 20, 2007 | Plaintiffs' motions for summary judgment due. |
| October 18, 2007 | Defendants' oppositions to Plaintiffs' motions for summary judgment and Defendants' motions for summary judgment due. |
| November 15, 2007 | Plaintiffs' oppositions to Defendants' motions for summary judgment and Plaintiffs' replies in support of motions for summary judgment motion due. |
| December 13, 2007 | Defendants' replies in support of motion for summary judgment due. |
| January 8, 2008, 10:30 a.m. | Hearing on motions. |

It is **ORDERED**.

DATED:  July 31, 2007

**HONORABLE LARRY ALAN BURNS**
United States District Judge