# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRUNK and PHILIP K. PAULSON,<br><br>         Plaintiffs,<br> vs.<br><br>CITY OF SAN DIEGO, UNITED STATES OF AMERICA, DONALD H. RUMSFELD, Secretary of Defense and DOES 1 through 100, inclusive,<br><br>         Defendants.<br>_____<br>MOUNT SOLEDAD MEMORIAL ASSOCIATION,<br><br>      Real Parties in Interest.<br>_____<br>JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br><br>         Plaintiffs,<br> vs.<br>DONALD H. RUMSFELD, Secretary of Defense, in his official capacity,<br><br>         Defendant. | CASE NO. 06cv1597-LAB (WMc)<br>(Consol. w/06cv1728-LAB (WMc)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO INTERVENE** |

The Court has considered the unopposed *Ex Parte* Application of Duncan Hunter, Darrell Issa and Brian Bilbray for Leave to Intervene for the Limited Purpose of Filing Memoranda in Support of Non-Party Charles S. LiMandri's Motion for Protective Order ("Application"), and the record in this case. The Court finds the standard under Fed. R. Civ. P. 24(a)(2) has been met, and therefore hereby **GRANTS** the Application.

**IT IS SO ORDERED**.

DATED: August 19, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge