UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRUNK and PHILIP K. PAULSON,<br><br>              Plaintiffs,<br><br>    v.<br><br>CITY OF SAN DIEGO, UNITED STATES OF AMERICA, DONALD H. RUMSFELD, Secretary of Defense and DOES 1 through 100, Inclusive<br><br>              Defendants.<br><br>MOUNT SOLEDAD MEMORIAL ASSOCIATION, Real Parties in interest.<br>―――――――――――――――――――<br>JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br><br>              Plaintiffs<br><br>    v.<br><br>DONALD H. RUMSFELD, Secretary of Defense, in his official capacity,<br><br>              Defendant. | Case No. 06 CV 1597 LAB (WMc)<br><br>**ORDER RE: TELEPHONIC DISCOVERY CONFERENCE** |

///

///

06cv1597 LAB ( WMc)

1  The Court will hold a *telephonic* Discovery Conference on **August 22, 2007 at 9:00 a.m.**

2  *Attorney Ryan Phair* for the JWV Plaintiffs is ordered to contact all opposing counsel and initiate

3  a joint call to the Court at (619) 557-6624.

4  **IT IS SO ORDERED.**

5  DATED: August 21, 2007

*[signature]*

8  Hon. William McCurine, Jr.
   U.S. Magistrate Judge
9  United States District Court

11  COPY TO:

HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE

12  ALL PARTIES AND COUNSEL OF RECORD