UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRUNK and PHILIP K. PAULSON, <br><br>                    Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO, UNITED STATES OF AMERICA, DONALD H. RUMSFELD, Secretary of Defense and DOES 1 through 100, Inclusive <br><br>                    Defendants. <br><br> MOUNT SOLEDAD MEMORIAL ASSOCIATION, Real Parties in interest. <br><br> JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND, <br><br>                    Plaintiffs <br><br> v. <br><br> DONALD H. RUMSFELD, Secretary of Defense, in his official capacity, <br><br>                    Defendant. | Case No. 06 CV 1597 LAB (WMc) <br><br> **ORDER SETTING SCHEDULE FOR LETTER BRIEFING RE DISCOVERY DISPUTE** |

///

///

On August 22, 2007, the Court held a telephonic Discovery Conference in the above-entitled action. Appearing for the JWV Plaintiffs was Ryan Phair and David Blair-Loy. James McElroy appeared for Plaintiff Trunk. Appearing for Defendant, the City of San Diego, was George Schaefer. Appearing for Defendant, the United States, were Ryan Nelson and Heidi Hermann. Appearing for Defendant, the Mt. Soledad Memorial Association, was Charles Berwanger. Appearing for nonparty Charles LiMandri was Peter Lepiscopo.

After hearing from counsel of record regarding the adequacy of the privilege log produced by the federal defendants, the Court orders letter briefing only from the JWV Plaintiffs and the federal defendants on the issues of: (1) the propriety of the federal defendants' privilege log as it identifies email chains in the aggregate; and (2) the applicability of the deliberative process privilege where government intent may be at issue. In the letter briefs, the parties shall also identify the documents in the privilege log for which the deliberative process privilege is the sole privilege claimed.

Opening letter briefs shall be no more than five (5) pages and shall be lodged with chambers via email **no later than September 5, 2007.** Responsive letter briefs shall be no more than three (3) pages and shall be lodged with chambers via email **no later than September 11, 2007.** Chambers' email address is efile_mccurine@casd.uscourts.gov.

The Court will hold a further *telephonic* discovery conference after receipt of the parties' briefing on **September 14, 2007 at 9:00 a.m.** The attorney for JWV plaintiffs is ordered to contact counsel for federal defendants and initiate a joint call to the Court at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: August 22, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD