UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRUNK and PHILIP K. PAULSON,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, UNITED STATES OF AMERICA, DONALD H. RUMSFELD, Secretary of Defense and DOES 1 through 100, Inclusive<br><br>  Defendants.<br><br>MOUNT SOLEDAD MEMORIAL ASSOCIATION, Real Parties in interest.<br><hr>JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br><br>  Plaintiffs<br><br>v.<br><br>DONALD H. RUMSFELD, Secretary of Defense, in his official capacity,<br><br>  Defendant. | Case No. 06 CV 1597 LAB (WMc)<br><br>**ORDER RE: TELEPHONIC DISCOVERY CONFERENCE** |

///

///

On September 14, 2007, the Court held a telephonic Discovery Conference in the above-entitled action. Appearing for the JWV Plaintiffs was Ryan Phair. James McElroy appeared for Plaintiff Trunk. Appearing for Defendant, the City of San Diego, was George Schaefer. Appearing for Defendant, the United States, were Ryan Nelson and Heidi Hermann. Appearing for nonparty Charles LiMandri was Peter Lepiscopo.

After hearing from counsel of record, the Court makes the following orders:

1. Federal Defendants shall revise the privilege log to identify persons listed therein with a job title, duty description, department and agency;

2. Federal Defendants shall arrange the list of names that accompanies the privilege log to ensure that the names appear in alphabetical order;

3. The revised privilege log shall be received by JWV Plaintiffs and the Court **no later than September 21, 2007**;

4. The Court shall receive further letter briefing on the issue of whether post-complaint email correspondence is discoverable **no later than September 21, 2007.** Chambers' email address is efile_mccurine@casd.uscourts.gov.

5. The Court will hold a further *telephonic* Discovery Conference on **September 27, 2007 at 2:00 p.m.** *Attorney Ryan Phair* for the JWV Plaintiffs is ordered to contact all opposing counsel and initiate a joint call to the Court at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: September 14, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:
HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD