# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRUNK and PHILIP K. PAULSON,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF SAN DIEGO, UNITED STATES OF AMERICA, DONALD H. RUMSFELD, Secretary of Defense and DOES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants.<br>_____<br>MOUNT SOLEDAD MEMORIAL ASSOCIATION,<br><br>　　　　　Real Parties in Interest.<br>_____<br>JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DONALD H. RUMSFELD, Secretary of Defense, in his official capacity,<br><br>　　　　　　　　Defendant. | CASE NO. 06cv1597-LAB (WMc)<br>(Consol. w/06cv1728-LAB (WMc)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>[Dkt. No. 178] |

On October 11, 2007, attorney Jonathan Siegelbaum sought leave to withdraw as counsel for Plaintiffs Jewish War Veterans of the United States, Inc. ("Jewish War Veterans"), Richard Smith, Mina Sagheb, and Judith Copeland. Lawrence Schulman for Jewish War Veterans, and the individual Plaintiffs signed the request indicating their consent. These Plaintiffs are also represented by other counsel, so permitting Mr. Siegelbaum to withdraw does not appear to pose any hardship to them. The Court construes Mr. Siegelbaum's request as applicable to him only and not to his firm or to the other attorneys from his firm who are counsel of record for Jewish War Veterans. No party has objected to this request.

Mr. Siegelbaum's request for leave to withdraw as counsel is hereby **GRANTED**.

**IT IS SO ORDERED**.

DATED: November 8, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge