1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRUNK and PHILIP K. PAULSON,<br><br>                    Plaintiffs,<br>   vs.<br><br>CITY OF SAN DIEGO, UNITED STATES OF AMERICA, DONALD H. RUMSFELD, Secretary of Defense and DOES 1 through 100, inclusive,<br><br>                    Defendants.<br>————————————————<br>MOUNT SOLEDAD MEMORIAL ASSOCIATION,<br><br>            Real Parties in Interest.<br>————————————————<br>JEWISH WAR VETERANS OF THE UNITED STATES OF AMERICA, INC., RICHARD A. SMITH, MINA SAGHEB, and JUDITH M. COPELAND,<br><br>                    Plaintiffs,<br>   vs.<br><br>DONALD H. RUMSFELD, Secretary of Defense, in his official capacity,<br><br>                    Defendant. | CASE NO. 06cv1597-LAB (WMc)<br>(Consol. w/06cv1728-LAB (WMc)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS TO FILE *AMICUS* BRIEFS**<br><br>[Dkt. Nos. 198, 199, 202, 203, 208, 209] |

Three separate groups have filed motions for leave to submit briefing as *amici curiae* on the pending cross motions for summary judgment. The first group consists of thirty-three members of the U.S. House of Representatives, the American Center for Law and Justice, and Advocates for Faith and Freedom. The second consists of three parents of deceased military service members as well as San Diegans for the Mt. Soledad National War Memorial, a political action committee. The third group consists of the American Legion and the American Legion Department of California. All three wish to file briefs in favor of Defendants' position. The *amici* were directed to, and did, file noticed motions for leave, as well as motions to shorten time.

Currently, Defendants' oppositions to Plaintiffs' motions for summary judgment are due on December 3, 2007. In view of the briefing schedule for the summary judgment motions and the similar nature of these motions, it is **ORDERED** that Plaintiffs may file briefs in opposition to these motions within ten calendar days of the date this order is issued. No reply briefs will be required. The Court does not anticipate requiring oral argument on these motions. Therefore, pursuant to Civil Local Rule 7.1(d)(1), the hearing dates for these motions are hereby **VACATED**. Should a hearing be required, it will be scheduled by separate order.

**IT IS SO ORDERED**.

DATED: November 7, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge